**Form fnldec** (Revised 10/07/2009)

### United States Bankruptcy Court – District of Kansas
240 US Courthouse
444 SE Quincy
Topeka, KS 66683

Case Number: 09−41533                              Chapter: 7

In re:

Frederick John Sautter Jr
5981 SW 22nd Park,
Apt. 28
Topeka, KS 66614

SSN: xxx−xx−6670

| Entered By The Court 5/20/11 | **FINAL DECREE** | **Filed By The Court** 5/20/11 Fred Jamison Clerk of Court US Bankruptcy Court |

The estate of the debtor(s) has been fully administered. If appropriate, the deposit required by the plan has been distributed.

IT IS ORDERED THAT:

1. Patricia E Hamilton is discharged as trustee of this estate and the bond is cancelled.

2. This chapter 7 case is closed.

Document 43

s/ Janice Miller Karlin
United States Bankruptcy Judge